1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>WADEE MURSHED, *et al.*,<br><br>    Defendants. | Case No. 5:18-cv-05689-NC<br>Hon. Nathanael M. Cousins<br><br>**[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

# ORDER DISMISSING THE ACTION

The Court has before it Plaintiffs Sream, Inc. and RooR International BV (**Plaintiffs**") and Defendant Wadee Murshed's ("**Defendant**") Joint Stipulation Dismissing The Entire Action pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having considered the Parties' stipulation, THE COURT HEREBY ORDERS THAT:

1. Plaintiffs' Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The Parties are to bear their own attorneys' fees and costs.
4. The Northern District of California Shall retain jurisdiction over Plaintiffs and Defendant arising from or related to any future dispute over the confidential settlement agreement.

IT IS SO ORDERED.

DATED: December 18, 2018



_____
Hon.
United States

[PROPOSED] ORDER DISMISSING THE ACTION